# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2008

130397

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

LAURIE JEROME BONIOR,
        Defendant-Appellant.

SC: 130397
COA: 265985
Genesee CC:  05-015428-FH

_____/

By order of January 29, 2007, the application for leave to appeal the November 21, 2005 order of the Court of Appeals was held in abeyance pending the decisions in *People v Harper* (Docket No. 130988) and *People v Burns* (Docket No. 131898).  On order of the Court, the cases having been decided on July 26, 2007, 479 Mich 599 (2007), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2008

_____
Clerk

s0114